IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LARRY TURNER,

  Plaintiff,

v.                                Case No. 3:13-cv-00486-JAG

KENNY MITCHELL,

  Defendant.

### **STIPULATION OF DISMISSAL**

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, by counsel, represent to the Court that all matters in controversy herein have been settled and this action shall be dismissed agreed, with prejudice.

/s/
David P. Corrigan (VSB No. 26341)
M. Scott Fisher, Jr. (VSB No. 78485)
*Attorney for Defendant, Kenny Mitchell*
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200 - Phone
804-747-6085 - Fax
dcorrigan@hccw.com
sfisher@hccw.com

/s/
David Paul Morgan, Esq. (VSB No. 70211)
*Attorney for Plaintiff, Larry Turner*
Cravens & Noll, P.C.
9011 Arboretum Parkway, Suite 200
Richmond, VA 23236
804-330-9220 - Phone
804-330-94548 – Fax
dmorgan@cravensnoll.com